IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,
Plaintiff,

v.

ZACHARY G. FRIEDEL,
Defendant.                                    No. 10 - CR - 30119 DRH

**PRELIMINARY ORDER FOR FORFEITURE PURSUANT TO
FED. R. CRIM. PRO. 32.2**

**HERNDON, Chief Judge:**

In the Indictment filed in the above cause on July 21, 2010, the United States sought forfeiture of property of defendant Zachary G. Friedel pursuant to **18 U.S.C. § 2253**. Based upon the plea by Defendant in this case as well as the representations made by him in open court, the Court finds by a preponderance of evidence that the following property is forfeitable and hereby orders forfeited the following property:

> **One HP Pavillion dv6700 laptop computer, bearing serial number CNF 80737C6.**

The United States shall, under the authority of **21 U.S.C. § 853(n)(1)** to "publish notice of the order and of its intent to dispose of the property in such matter as the Attorney General may direct," provide notice of the forfeiture and the right of persons other than Defendant who have any claim or legal interest in any of the property to file a petition with the Court. Said notice shall be provided in a manner

consisted with **SUPPLEMENTAL RULE G(4)(a)** of the **SUPPLEMENTAL RULES FOR ADMIRALTY OR MARITIME CLAIMS AND ASSET FORFEITURE ACTIONS**.

The notice shall state that the petition shall be set for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's claim and the release.

The United States may, also to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of this Order, as the substitute for the published notice to those persons so notified.

Upon the filing of a petition alleging the third-party interests in the property, the Court may amend this Order to resolve the claimed third-party interests.

The United States Marshal or the Vault Custodian for the United States Secret Service shall seize and reduce to his possession, if he has not already done so, the above-described property.

The Court finds that said property is forfeitable; however, the United States may, at its discretion, proceed with the destruction of said property without completing the forfeiture process against same.

This Order, pursuant to **RULE 32.2(b)(3)** of the **FEDERAL RULES OF CRIMINAL PROCEDURE**, shall become final with respect to defendant Zachary G. Friedel at the

time of his sentencing, regardless of whether or not the rights of actual or potential third-party petitioners have been determined by that time. This Order shall be made part of the sentence of Defendant and shall be included in the Judgment imposed against Defendant. This Order is a final order with respect to Defendant, and this Order may be amended with respect to petitions filed by third parties claiming an interest in the subject-matter forfeited property.

**IT IS SO ORDERED.**

Signed this 3rd day of March, 2011.

David R. Herndon
2011.03.03 14:41:44
-06'00'

**Chief Judge
United States District Court**