IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 10-cr-30119-DRH |
| | ) | |
| ZACHARY G. FRIEDEL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF FINDING OF NO THIRD-PARTY INTERESTS

**HERNDON, Chief Judge:**

On March 3, 2011, this court entered an order for forfeiture against defendant Zachary G. Friedel, for the following property which had been seized from said defendant:

**One HP Pavillion dv6700 laptop computer, bearing serial number CNF 80737C6.**

Said order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning March 6, 2011, and ending April 4, 2011, and that no third party filed a petition within 30 days after the last date of said publication to allege an interest in the property.

Consequently, the court hereby finds, pursuant to 21 U.S.C. § 853(n)(7) that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on March 3, 2011, namely:

**One HP Pavillion dv6700 laptop computer, bearing serial number CNF 80737C6.**

The United States Secret Service or the United States Marshal shall dispose of the property according to law. Said disposal may, at the discretion of the United States, include the destruction of the property. Said destruction may be done at such time and location and by such persons as designated by the United States Marshal or the United States Secret Service.

**IT IS SO ORDERED.**

Signed this 25th day of May, 2011.

Digitally signed by David R. Herndon
Date: 2011.05.25 10:01:12 -05'00'

**Chief Judge**
**United States District Court**